**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7195**

_____

RICARDO EVANS,

                                        Petitioner - Appellant,

        versus

RONALD ANGELONE, Director, Department of Cor-
rection, State of Virginia,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-3-A)

_____

Submitted:  January 31, 2001        Decided:  February 22, 2001

_____

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Ricardo Evans, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricardo Evans seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Evans' motions to proceed on appeal in forma pauperis and for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Evans v. Angelone, No. CA-00-3-A (E.D. Va. filed Apr. 3, 2000; entered Apr. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2